**798**

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose SOTO–CASTILLO, Defendant–
Appellant.**

**No. 05–50955.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 6, 2006.*

Filed Nov. 15, 2006.

U.S. Attorney, USSD–Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Shaffy Moeel, FDSD–Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

Before: LEAVY, GOULD and CLIFTON, Circuit Judges.

**MEMORANDUM ***

Jose Soto–Castillo appeals the revocation of supervised release following his conviction for illegal reentry following deportation in violation of 8 U.S.C. § 1326.

Soto–Castillo contends that the supervised release revocation proceedings violate *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and his Sixth Amendment rights because imposition of the maximum penalty depends on a fact not found by a jury. This conten-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

tion is foreclosed by *United States v. Huerta–Pimental,* 445 F.3d 1220 (9th Cir. 2006) holding that the revocation of supervised release and the resulting punishment is part of the original sentence and requires no impermissible judicial fact-finding, and that because revocation and the imposition of additional punishment are discretionary, neither violate *Booker* nor the Sixth Amendment.

**AFFIRMED.**

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

